BART M. DAVIS, IDAHO STATE BAR NO. 2696
UNITED STATES ATTORNEY
FRANCIS J. ZEBARI, IDAHO STATE BAR NO. 8950
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF IDAHO
WASHINGTON GROUP PLAZA IV
800 EAST PARK BOULEVARD, SUITE 600
BOISE, ID 83712-7788
TELEPHONE: (208) 334-1211
FACSIMILE: (208) 334-1413

U.S. COURTS

SEP 10 2019

Rcvd_____Filed_____Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> CHRISTOPHER JOSEPH KATSIKARIS, <br><br> Defendant. | Case No. CR 19-0280-S DCN <br><br> **INDICTMENT** <br><br> 18 U.S.C. § 922(g)(1) <br> 18 U.S.C. § 924(d) <br> 28 U.S.C. § 2461(c) |

The Grand Jury charges:

### COUNT ONE

**Unlawful Possession of a Firearm
18 U.S.C. § 922(g)(1)**

On or about August 2, 2019, in the District of Idaho, the defendant, CHRISTOPHER JOSEPH KATSIKARIS, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, that is, Possession of a Controlled Substance, entered on or about May 21, 2019, in case number CR14-18-25730, in the District Court of the

INDICTMENT - 1

Third Judicial District of the State of Idaho, in and for the County of Canyon, did knowingly possess in and affecting commerce a firearm, that is, a Ruger, model Security-9, 9x19mm caliber pistol, bearing serial number 381-75208, said firearm having been shipped and transported in interstate and foreign commerce, in violation of Title 18, United States Code, Section 922(g)(1).

## CRIMINAL FORFEITURE ALLEGATION

### Firearm Forfeiture
### 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c)

Upon conviction of the offense alleged in Count One of this Indictment, the defendant, CHRISTOPHER JOSEPH KATSIKARIS, shall forfeit to the United States, any firearms or ammunition involved in or used in the commission of the offense. The property to be forfeited includes, but is not limited to, the following:

1. <u>Seized Property.</u>

    a. a Ruger, model Security-9, 9mm caliber pistol, bearing serial number 381-75208; and

    b. 9x19mm caliber ammunition.

2. <u>Substitute Assets.</u> Pursuant to 21 U.S.C. § 853(p) and other applicable statutes, the government will seek forfeiture of substitute assets, "or any other property of the defendant" up to the value of the defendant's assets subject to forfeiture. The government will do so when the property subject to forfeiture cannot be forfeited for one or more of the following reasons:

    a. Cannot be located upon the exercise of due diligence;

    b. Has been transferred or sold to, or deposited with, a third person;

    c. Has been placed beyond the jurisdiction of the court;

    d. Has been substantially diminished in value; or

    e. Has been commingled with other property which cannot be subdivided

**INDICTMENT - 2**

without difficulty.

Dated this 10th day of September, 2019.

A TRUE BILL

/s/ [signature on reverse]
_____
FOREPERSON

BART M. DAVIS
UNITED STATES ATTORNEY
By:

_____
FRANCIS J. ZEBARI
ASSISTANT UNITED STATES ATTORNEY

**INDICTMENT** - 3